AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Coleman, Sharon J. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn Street - Chamers 1460<br>Chicago, Illinois 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | Northwestern University School of Law, Chicago, Illinois |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | State of Illinois Employee Pension Fund: Pension upon retirement age 59.5 |
| 2. | 1984 | Cook County Employee Retirement Fund: Pension upon retirement age 59.5 |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Northwestern University School of Law - teaching | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Blue Cross Blue Shield of Michigan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch (Part VII - Line 6) | Rental Property - Mortgage #1, Chicago, IL (Pt VII, line 3) | N |
| 2. | Cardmember Service | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Planites Credit Union | A | Int./Div. | J | T | | | | | |
| 2. Citibank | A | Int./Div. | J | T | | | | | |
| 3. Rental Property #1 - Chicago, Il (Purchased 2007 $340,000) | E | Rent | O | W | | | | | |
| 4. State of Illinois Retirement Fund | | None | M | W | | | | | |
| 5. Merrill Lynch (H) | | | | | | | | | |
| 6. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 7. - Merrill Lynch Wealth Management Joint Account | A | Dividend | J | T | | | | | |
| 8. Thornburg Invstmt Income Builder Fund Cl 1 | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 9. Ivy Asset Strategy Fund Cl 1 | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 10. Ivy Asset Strategy Fund Cl 1 | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 11. Permanent Portfolio Fund | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 12. Permanent Portfolio Fund | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 13. Permanent Portfolio Fund | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 14. Permanent Portfolio Fund | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 15. Blackrock Global Allocation Fund | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 16. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 17. Merrill Lynch (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 19. -Merrill Lynch Wealth Management IRA#1 | D | Dividend | M | T | | | | | |
| 20. Firat Eagle Global Class I | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 21. Leuthold Core Investment Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 22. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 23. FPA Crescent Fund Instl Cl | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 24. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 25. Firat Eagle Global Class I | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 26. Leuthold Core Investment Fund | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 27. Ivy Asset Strategy Fund Cl 1 | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 28. FPA Crescent Fund Instl Cl | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 29. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 30. Firat Eagle Global Class I | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 31. Leuthold Core Investment Fund | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 32. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 33. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 34. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch (H) | | | | | | | | | |
| 36. - Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 37. -Merrill Lynch Wealth Management IRA #2 | A | Dividend | J | T | | | | | |
| 38. Leuthold Core Investment Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 39. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 40. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 41. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 42. Merrill Lynch (H) | | | | | | | | | |
| 43. - Merrill Lynch Money Market Account | A | Interest | K | T | | | | | |
| 44. -Merrill Lynch Wealth Management IRA Rollover | A | Dividend | J | T | | | | | |
| 45. IShares Russell 1000 Growth | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 46. IShares Russell 1000 Value | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 47. Wisdomtree EM Small Cap | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 48. IShares Russell 2000 Growth | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 49. IShares Russell 2000 Value | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 50. The Oakmark Int'l Fund | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 51. Firat Eagle Global Class I | A | Dividend | J | T | Buy | 08/19/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudential Short Term Corp Bond Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 53. IShares Russell 2000 Growth | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 54. IShares Russell 2000 Growth | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 55. IShares Russell 2000 Growth | A | Dividend | | | Sold | 08/19/15 | J | B | |
| 56. John Hancock Income Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 57. Oppenheimer Dev Mkts Fund | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 58. Oppenheimer Intl Small Co Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 59. Aberdeen Global High Income Fund | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 60. Leuthold Core Investment Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 61. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 62. Lord Abbett Short Dur Income Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 63. PIMCO Total Return Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 64. Pear Tree Polaris Foreign Value Sm Cap Fd | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 65. Angel Oak Multi Strategy Income Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 66. Mainstay Short duration High Yld Fund | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 67. FPA Crescent Fund Installation Cl | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 68. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 08/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Loomis Sayles Strategic Inc. Fd | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 70. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 71. Pear Tree Polaris Foreign Val Sm Cap Fd | A | Dividend | J | T | Buy | 05/20/15 | K | | |
| 72. Invesco Intl Small Company Fund | A | Dividend | | | Sold | 05/20/15 | K | | |
| 73. IShares Russell 1000 Growth | A | Dividend | | | Sold | 05/04/15 | J | B | |
| 74. IShares Russell 1000 Value | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 75. Wisdom Tree EM Small Cap | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 76. IShares Russell 2000 Growth | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 77. IShares Russell 2000 Value | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 78. The Oakmark Intl Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 79. First Eagle Global Class I | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 80. Leuthold Core Investment FD | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 81. Prudential Short Term Corp Bond Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 82. John Hancock Income Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 83. Oppenheimer Dev Mkts Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 84. Oppenheimer Intl Small Company Fund | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 85. Aberdeen Global High Income Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 87. Lord Abbett Short Our Income Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 88. PIMCO Total Return Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 89. Angel Oak Multi Strategy Income Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 90. Mainstay Short Duration High Yld Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 91. Invesco Intl Small Company Fund | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 92. FPA Crescent fund Instl Cl | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 93. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 94. Loomis Sayles Strategic Inc Fd | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 95. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 96. IShares Russell 1000 Growth | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 97. IShares Russell 1000 Value | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 98. Wisdom Tree Em Small Cap | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 99. IShares Russell 2000 Growth | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 100. IShares Russell 2000 Value | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 101. The Oakmark Intl Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 102. First Eagle Global Class I | A | Dividend | J | T | Buy | 01/28/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Leuthold Core Investment Fund | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 104. Prudential Short Term Corp Bond Fund | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 105. John Hancock Income Fund | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 106. Oppenheimer Dev Mkts Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 107. Oppenheimer Intl Small Co Fund | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 108. Aberdeen Global High Income Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 109. Ivy Asset Strategy Fund Cl 1 | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 110. Lord Abbett Short Dur Income Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 111. PIMCO Total Return Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 112. Angel Oak MultiStrategy Income Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 113. Mainstay Short Duration High Yield Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 114. Invesco Intl Small Company Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 115. FPA Crescent Fund Instl Cl | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 116. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 117. Loomis Sayles Strategic Inc Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 118. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 12 of 12

Name of Person Reporting

Coleman, Sharon J.

Date of Report

05/12/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sharon J. Coleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544